IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANGSTON PATTERSON, YILANAN ("ISSA") OUATTARA, CHAD MAURICE ("CJ") TAYLOR JR., QUINCY SKINNER JR., BRAYDEN SCHAGER, BERNARD ("BJ") HARRIS JR., JOHN ("JOHNNY") LUETZOW, HENRY STEWART, JAKOB RUSSELL, AND TIMO LEGOUT, on behalf of themselves and all others similar situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 3:25-cv-00994<br><br>JURY DEMAND |

**PLAINTIFFS' MOTION TO EXPEDITE ENTRY OF ORDER ON UNOPPOSED MOTION FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING**

Plaintiffs Langston Patterson and Yilanan ("Issa") Ouattara (together, "Plaintiffs"), on behalf of themselves and all persons similarly situated, by and through undersigned counsel respectfully move this Court to expedite entry of an order on their Unopposed Motion for Expedited Discovery and Preliminary Injunction Briefing, and state as follows:

1. Plaintiffs filed their Motion for Expedited Discovery and Preliminary Injunction Briefing on September 29, 2025. Dkt. No. 16.

2. Under the Federal Rules of Civil Procedure and Local Rule 7.01(a)(3), Defendant National Collegiate Athletic Association's ("NCAA") opposition was due October 14, 2025, accounting for the October 13, 2025 federal holiday.

3. The NCAA did not file any opposition; the motion therefore stands unopposed and is ripe for disposition.

While the NCAA has sat on its opportunity to oppose this motion, certain proposed dates in the original discovery and briefing schedule have now passed. Accordingly, Plaintiffs submit a revised proposed order that adjusts those dates to reflect the passage of time while still permitting completion of expedited discovery and preliminary injunction briefing in sufficient time for Plaintiffs to avail themselves of the requested relief. *See* Ex. 1, Proposed Order. Plaintiffs respectfully request that the Court's order reflect these amended dates.

To avoid further delay, Plaintiffs also request that the Court deem as served the discovery requests attached as exhibits to the September 29 motion, such that discovery may proceed immediately upon entry of the Court's order. *See* Dkt. Nos. 17-1 and 17-2.

Plaintiffs therefore respectfully request that the Court expedite entry of an order granting their Unopposed Motion for Expedited Discovery and Preliminary Injunction Briefing, adopt the revised dates reflected in the accompanying Proposed Order, deem the discovery requests attached to the September 29 motion as served, and grant such other and further relief as the Court deems just and proper.

DATED: October 23, 2025                                         Respectfully submitted,


*/s/ Ryan Downton*                                              */s/ JoAnna B. Adkisson*
Ryan Downton                                                    JoAnna B. Adkisson (#041016)
Texas Bar No. 24036500                                          Christopher P. Wilson (*pro hac vice*)
**THE TEXAS TRIAL GROUP**                                       Erik T. Koons (*pro hac vice*)
875 Carr 693, Ste. 103                                          Bridget Moore (*pro hac vice*)
Dorado, PR 00646*                                               Michael A. Munoz (*pro hac vice*)
(512) 680-7947                                                  **BAKER BOTTS L.L.P.**
Ryan@TheTexasTrialGroup.com                                     700 K Street NW
*Ryan Downton is licensed in Texas, not Puerto Rico             Washington, DC 20001
                                                                (202) 639-7700
                                                                joanna.adkisson@bakerbotts.com
*/s/ Salvador M. Hernandez*                                     christopher.wilson@bakerbotts.com
Salvador M. Hernandez (# 020121)                                erik.koons@bakerbotts.com
Milton S. McGee III (# 024150)                                  bridget.moore@bakerbotts.com
**RILEY & JACOBSON, PLC**                                       michael.munoz@bakerbotts.com
1906 West End Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737                                               *Counsel for Plaintiffs and the Proposed*
shernandez@rjfirm.com                                           *Classes*
tmcgee@rjfirm.com

## **CERTIFICATION OF SERVICE**

I hereby certify that I caused to be served, a true and correct copy of the foregoing upon the following persons via-email in addition to filing on the ECF system on the 23rd day of October 2025:

Taylor J. Askew
HOLLAND & KNIGHT
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 850-8113
Fax: (615) 244-6804
taylor.askew@hklaw.com

Rakesh Kilaru
Wilkinson Stekloff LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4046
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson