UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANGSTON PATTERSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCATION, <br><br> Defendant. | Case No. 3:25-cv-00994 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On October 23, 2025, Plaintiffs Langston Patterson and Yilanan Ouattara filed a motion to expedite the entry of order on their unopposed motion for expedited discovery and preliminary injunction briefing (Doc. No. 16). (Doc. No. 25.) A telephone conference regarding both motions is set before the Magistrate Judge on October 30, 2025, at 10:30 a.m. Counsel for the parties shall call (650) 479-3207 and enter access code 23217 604 8628# to participate.

If Defendant National Collegiate Athletic Association does not oppose Plaintiffs' motion to expedite and the amended proposed calendar, it may file a notice to that effect and the Court will cancel the telephone conference and enter Plaintiffs' proposed order.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge