IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LANGSTON PATTERSON, NICHOLAS ("NICK") LEVY, NATHANIAL VAKOS, KEVIN GALLIC, LANCE MASON, CHAD MAURICE ("CJ") TAYLOR JR., QUINCY SKINNER JR., BRAYDEN SCHAGER, BERNARD ("BJ") HARRIS JR., JOHN ("JOHNNY") LUETZOW, HENRY STEWART, JAKOB RUSSELL, JUSTINE PISSOTT, NDJAKALENGA ("JAK") MWENENTANDA, LAWSON LOVERING, ELLIE GEOFFROY, XCARET ("X") PINEDA, REESE RAGLAND, and TIMO LEGOUT, on behalf of themselves and all others similarly situated, Plaintiffs, v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Defendant. | Case No. 3:25-cv-00994<br><br>Chief Judge William L. Campbell, Jr.<br><br>Magistrate Judge Alistair Newbern<br><br>JURY DEMAND |

## MOTION FOR PRELIMINARY INJUNCTION BY LANGSTON PATTERSON, NICHOLAS ("NICK") LEVY, NATHANIAL VAKOS, KEVIN GALLIC, AND LANCE MASON ("FOOTBALL PLAINTIFFS")

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.01, Football Plaintiffs Langston Patterson, Nicholas "Nick" Levy, Nathanial Vakos, Kevin Gallic, and Lance Mason ("Football Plaintiffs") seek preliminary injunctive relief to prevent Defendant National Collegiate Athletic Association ("NCAA") from excluding them from the 2026-2027 season of NCAA Division I college football through enforcement of its anticompetitive Four Seasons Rule and Redshirt Rule.

1

Football Plaintiffs specifically seek a preliminary injunction order that: (1) enjoins the NCAA from enforcing its Four Seasons Rule and Redshirt Rule to preclude them from participating in a fifth season of competition in NCAA Division I football; (2) orders the NCAA to immediately grant Division I member institutions and/or Mr. Patterson, Mr. Levy, Mr. Vakos, Mr. Gallic, and Mr. Mason waivers of any NCAA eligibility rule that would preclude them from engaging in intercollegiate competition in the 2026-2027 season; and (3) orders the NCAA to declare Mr. Patterson, Mr. Levy, Mr. Vakos, Mr. Gallic, and Mr. Mason eligible to play in NCAA intercollegiate football during the 2026-2027 season. Without this urgent and narrowly tailored relief, Football Plaintiffs will suffer immediate and irreparable harm, losing not only the opportunity to compete at the highest level of college football, but also the ability to secure meaningful name, image, and likeness ("NIL") compensation, complete their athletic development, and pursue playing opportunities at NCAA Division I institutions through the NCAA transfer portal that opens in January 2026, if they so choose.

In support of this Motion, Mr. Patterson, Mr. Levy, Mr. Vakos, Mr. Gallic, and Mr. Mason rely upon and file contemporaneously, with their Motion a Memorandum of Law in Support and supporting Declarations.[1]

---

[1] Football Plaintiffs may support their Motion with declarations rather than affidavits pursuant to 28 U.S.C. § 1746.

DATED: November 10, 2025                                          Respectfully submitted,

*/s/ Ryan Downton*
Ryan Downton (*Admitted pending oath*)
Texas Bar No. 24036500
**THE TEXAS TRIAL GROUP**
875 Carr 693, Ste. 103
Dorado, PR 00646*
(512) 680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

*/s/ Salvador M. Hernandez*
Salvador M. Hernandez (# 020121)
Milton S. McGee III (# 024150)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com
tmcgee@rjfirm.com

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson (#041016)
Christopher P. Wilson (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Bridget Moore (*pro hac vice*)
Michael A. Munoz (*pro hac vice*)
**BAKER BOTTS L.L.P.**
700 K Street NW
Washington, DC 20001
(202) 639-7700
joanna.adkisson@bakerbotts.com
christopher.wilson@bakerbotts.com
erik.koons@bakerbotts.com
bridget.moore@bakerbotts.com
michael.munoz@bakerbotts.com

*Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATION OF NOTICE PURSUANT TO LOCAL RULE 65.01(b) AND FEDERAL RULE OF CIVIL PROCEDURE 65(b)(1)

The undersigned counsel hereby certifies that, pursuant to Local Rules 7.01(a) and 65.01(b), counsel for Defendant the National Collegiate Athletic Association ("NCAA") was provided notice of Football Plaintiffs' Motion for Preliminary Injunction ("Motion") during a Court-ordered conference on October 30, 2025. Additionally, counsel for the NCAA was made aware of Football Plaintiffs' filing of the Motion on this date in accordance with the Court's order (ECF No. 30). Counsel for the NCAA represented that the NCAA opposes the relief requested in the motion.

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served upon the following persons via-email in addition to filing on the ECF system on the 10th day of November 2025:

Taylor J. Askew
**Holland & Knight**
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 850-8113
Fax: (615) 244-6804
taylor.askew@hklaw.com

Rakesh Kilaru
Max Warren
**Wilkinson Stekloff LLP**
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4046
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson