UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIEGO PAVIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-01336<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Luke A. Evans |
| LANGSTON PATTERSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:25-cv-00994<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Luke A. Evans |
| DERRIN BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 3:25-cv-00729<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Luke A. Evans |

## **ORDER**

In consultation with Chief Judge Campbell, *Pavia, et al. v. National Collegiate Athletic*

*Association* Case No. 3:24-cv-01336, *Patterson, et al. v. National Collegiate Athletic Association*

Case No. 3:25-cv-00994, and *Boyd v. National Collegiate Athletic Association* Case No. 3:25-cv-00729 are consolidated for discovery purposes only.

The Clerk's office is DIRECTED to mark the cases as related in the Court's docket.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge