# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LANGSTON PATTERSON, NICHOLAS ("NICK") LEVY, NATHANIAL VAKOS, KEVIN GALLIC, LANCE MASON, CHAD MAURICE ("CJ") TAYLOR JR., QUINCY SKINNER JR., BRAYDEN SCHAGER, BERNARD ("BJ") HARRIS JR., JOHN ("JOHNNY") LUETZOW, HENRY STEWART, JAKOB RUSSELL, JUSTINE PISSOTT, NDJAKALENGA ("JAK") MWENENTANDA, LAWSON LOVERING, ELLIE GEOFFROY, XCARET ("X") PINEDA, REESE RAGLAND, and TIMO LEGOUT, on behalf of themselves and all others similarly situated, **Plaintiffs,**<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, **Defendant.** | **Case No. 3:25-cv-00994**<br><br>**Chief Judge William L. Campbell, Jr.**<br><br>**Magistrate Judge Luke A. Evans**<br><br>**JURY DEMAND** |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY INJUNCTION BY NICHOLAS ("NICK") LEVY, NATHANIAL VAKOS, AND KEVIN GALLIC, ("FOOTBALL PLAINTIFFS")

Pursuant to Local Rule 7.01 and 5.03, Plaintiffs respectfully seek leave to file under seal select portions of Exhibits 1, 3, and 4 to their Memorandum in Support of Renewed Motion for Preliminary Injunction by Nicholas ("Nick") Levy, Nathanial Vakos, and Kevin Gallic ("Football Plaintiffs"). Counsel for Football Plaintiffs conferred with counsel for Defendant National Collegiate Athletic Association ("NCAA") regarding the relief requested in this motion. Defendant NCAA does not oppose the motion.

Accordingly, Football Plaintiffs respectfully request that the Court enter an order granting their Unopposed Motion for Leave to File Under Seal Exhibits to their Memorandum In Support of Renewed Motion for Preliminary Injunction by Football Plaintiffs.

DATED: July 9, 2026

Respectfully submitted,

*/s/ Ryan Downton*
Ryan Downton (*Admitted to M.D. Tenn.*)
Texas Bar No. 24036500
**THE TEXAS TRIAL GROUP**
875 Carr 693, Ste. 103
Dorado, PR 00646*
(512) 680-7947
Ryan@TheTexasTrialGroup.com
*Ryan Downton is licensed in Texas, not Puerto Rico

*/s/ Salvador M. Hernandez*
Salvador M. Hernandez (# 020121)
Milton S. McGee III (# 024150)
**RILEY & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37205
P: (615) 320-3700
F: (615) 320-3737
shernandez@rjfirm.com
tmcgee@rjfirm.com

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson (#041016)
Christopher P. Wilson (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Bridget Moore (*pro hac vice*)
Michael A. Munoz (*pro hac vice*)
Alexander Kraszewski (*pro hac vice*)
**BAKER BOTTS L.L.P.**
700 K Street NW
Washington, DC 20001
(202) 639-7700
joanna.adkisson@bakerbotts.com
christopher.wilson@bakerbotts.com
erik.koons@bakerbotts.com
bridget.moore@bakerbotts.com
michael.munoz@bakerbotts.com
alexander.kraszewski@bakerbotts.com

*Counsel for Plaintiffs and the Proposed Classes*

2

**<u>CERTIFICATION OF NOTICE PURSUANT TO LOCAL RULE 7.01(a)</u>**

The undersigned counsel hereby certifies that, pursuant to Local Rule 7.01(a), counsel for Plaintiffs provided notice of the Motion for Leave to File Under Seal Exhibits to Memorandum in Support of Renewed Motion for Preliminary Injunction by Football Plaintiffs to counsel for Defendant NCAA on July 8, 2026. Specifically, the parties conferred on that date, during which Plaintiffs' counsel outlined the reasons for the motion. The NCAA does not oppose the motion.

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson

3

**CERTIFICATION OF SERVICE**

I hereby certify that I caused to be served, a true and correct copy of the foregoing upon

the following persons via ECF system on the 9th day of July 2026:

Taylor J. Askew
**Holland & Knight**
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 850-8113
Fax: (615) 244-6804
taylor.askew@hklaw.com

Rakesh Kilaru
Max Warren
**Wilkinson Stekloff LLP**
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4046
Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

*/s/ JoAnna B. Adkisson*
JoAnna B. Adkisson