| | | |
|---|---|---|
| **LANGSTON PATTERSON, et al.** | ) | |
| *Individually and on behalf of all others* | ) | |
| *similarly situated,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:25-cv-00994** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **NATIONAL COLLEGIATE ATHLETIC** | ) | **MAGISTRATE JUDGE EVANS** |
| **ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

Pending before this Court is Defendant National Collegiate Athletic Association's motion for extension of time to file a response (Doc. No. 123). The motion is fully briefed (Doc. Nos. 124, 125).

This Court finds that there is good cause for an extension. Accordingly, the Motion is **GRANTED**. The deadline for Defendant to respond to Plaintiffs' motions for preliminary injunction (Doc. Nos. 107, 116) is **STAYED** pending further order of this Court. The parties are **DIRECTED** to provide the Court with a status update regarding relevant decisions made by the United States Court of Appeals for the Tenth Circuit (26-1309, *Wisne, et al. v. NCAA*) or the United States District Court for the District of Colorado (1:26-cv-3063-CNS-KAS, *Wisne et al. v. National Collegiate Athletic Association*).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE